# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03066-LTB

WALTER WAGNER,

        Plaintiff,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC.,

        Defendant.

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay his or its own attorneys' fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on May 1, 2012.

| | |
|---|---|
| s/ T. A. Taylor-Hunt | s/ Louis Leonard Galvis |
| T. A. Taylor-Hunt # 31932 | Louis Leonard Galvis (CO Bar No. 32885) |
| Law Office of T. A. Taylor-Hunt, LLC | Sessions, Fishman, Nathan & Israel, LLC |
| 3773 Cherry Creek North Drive, Suite 575 | 645 Stonington Lane |
| Denver, CO  80209 | Fort Collins, CO  80525 |
| Phone: 303-331-3400 | Telephone: (970) 223-4420 |
| Facsimile: 303-752-1720 | Facsimile: (970) 223-4490 |
| E-mail: tath@legalwellness.com | E-mail:  lgalvis@sessions-law.biz |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Walter Wagner* | *Systems & Services Technologies, Inc.* |