**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-03066-LTB-MEH

WALTER F. WAGNER,

       Plaintiff,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC.,

       Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Stipulation of Dismissal of Case With Prejudice (Doc 19 - filed May 1, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:  May 2, 2012